DEALY & SILBERSTEIN, LLP
William J. Dealy (WD 9776)
Milo Silberstein (MS 4736)
225 Broadway, Suite 1405
New York, New York 10007
(212) 385-0066
*Attorneys for Plaintiffs the Trustees of
the United Teamster Fund and the Trustees
of the United Teamster Pension Fund "A"*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| THE TRUSTEES OF THE UNITED TEAMSTER FUND and the TRUSTEES OF THE UNITED TEAMSTER PENSION FUND "A" | Case No. 08-CV-00165 (NRB) (FM) |
| Plaintiffs, | **NOTICE OF DISMISSAL** ECF ACTION |
| - against - | |
| CAPITOL FIRE SPRINKLER CO., INC. and RICHARD LEVINE, | |
| Defendants. | |

-----------------------------------------------------------------X

SIRS:

PLEASE TAKE NOTICE that pursuant to FRCP 41(a)(1), the attorneys for Plaintiffs the TRUSTEES OF THE UNITED TEAMSTER FUND and the TRUSTEES OF THE UNITED TEAMSTER PENSION FUND "A" hereby discontinue the above-entitled action, as to Defendants CAPITOL FIRE SPRINKLER CO., INC. and RICHARD LEVINE, without costs to either party as against the other and without prejudice.

Dated: New York, New York
       March 19, 2008

                                        DEALY & SILBERSTEIN, LLP

                                        By: _____
                                              Milo Silberstein (MS 4637)
                                      *Attorneys for Plaintiffs the Trustees of the*
                                      *United Teamster Fund and the Trustees of*
                                      *the United Teamster Pension Fund "A"*
                                      225 Broadway, Suite 1405
                                      New York, New York 10007
                                      (212) 385-0066