DEALY & SILBERSTEIN, LLP
William J. Dealy (WD 9776)
Milo Silberstein (MS 4736)
225 Broadway, Suite 1405
New York, New York 10007
(212) 385-0066
*Attorneys for Plaintiffs the Trustees of the United Teamster Fund and the Trustees of the United Teamster Pension Fund "A"*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE TRUSTEES OF THE UNITED TEAMSTER FUND and the TRUSTEES OF THE UNITED TEAMSTER PENSION FUND "A"

                Plaintiffs,

- against -

CAPITOL FIRE SPRINKLER CO., INC. and
RICHARD LEVINE,

                Defendants.
------------------------------------------------------------X

Case No. 08-CV-00165
(NRB) (FM)

**NOTICE OF DISMISSAL**
ECF ACTION

SIRS:

      PLEASE TAKE NOTICE that pursuant to FRCP 41(a)(1), the attorneys for Plaintiffs the TRUSTEES OF THE UNITED TEAMSTER FUND and the TRUSTEES OF THE UNITED TEAMSTER PENSION FUND "A" hereby discontinue the above-entitled action, as to Defendants CAPITOL FIRE SPRINKLER CO., INC. and RICHARD LEVINE, without costs to either party as against the other and without prejudice.

1

Dated: New York, New York
March 19, 2008

DEALY & SILBERSTEIN, LLP

By: _____
Milo Silberstein (MS 4637)
*Attorneys for Plaintiffs the Trustees of the United Teamster Fund and the Trustees of the United Teamster Pension Fund "A"*
225 Broadway, Suite 1405
New York, New York 10007
(212) 385-0066

SO ORDERED:

_____
United States District Judge

Dated: April 10, 2008

2